ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 4-90-134(DSD)
Civil No. 00-2386 (MJD/RLE)

| | | |
|---|---|---|
| WALTER WOMACK, Petitioner, v. UNITED STATES OF AMERICA, WARDEN, FCI SANDSTONE, Respondents. | ) | ORDER |

The above-entitled matter is before the undersigned United States District Court Magistrate Judge, pursuant to Respondents' request for enlargement of time pursuant to Rule 6(b), Federal Rules of Civil Procedure. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, that Respondents' Motion is GRANTED, and that respondents shall be granted until December 18, 2000, to prepare and submit its return to the Petition.

Dated: 11/24/2000

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

NOV 24 2000
FILED FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK