# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Walter Ray Womack,

Petitioner,

Case No. Civil 00-2386 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

United States of America
And Warden, FCI Sandstone,

Respondent.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the Petition for a Writ of Habeas Corpus is DENIED.**

DATE: October 9, 2001

RICHARD SLETTEN , CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk

17